UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARINA JONES, Individually,

    Plaintiff,

v.                                    Case No. 2:17-cv-14080

JAQ ENTERPRISES, LLC         Paul D. Borman
A Limited Liability Company     United States District Judge

    Defendant.
_____

## STIPULATED ORDER OF DISMISSAL

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled case BE, and hereby IS, DISMISSED WITH PREJUDICE, and without costs or attorney fees to any party.

                                                s/Paul D. Borman
                                                Paul D. Borman
                                                United States District Judge

Dated: March 5, 2018

The parties, through their counsel, hereby stipulate to the entry of the Stipulated Order to Dismiss the Complaint.

| | |
|---|---|
| /s/ Pete M. Monismith<br>PETE M. MONISMITH (P78186)<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburgh, Pennsylvania  15213<br>Telephone:  (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>*Attorneys for Plaintiff*<br><br>Dated: February 9, 2018 | /s/ Matthew L. Wikander<br>Matthew L. Wikander<br>Smith, Haughey, Rice & Roegge<br>100 Monroe Center NW<br>Grand Rapids, MI 49503-2802<br>mwikander@shrr.com<br>*Attorneys for Defendant*<br><br>Dated: February 9, 2018 |